Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER HILL and CAROL HILL, ) | |
| ) | |
| Plaintiffs, ) | **Case No.: 1:13-cv-1440-AWI-SAB** |
| v. ) | |
| ) | |
| NORTHLAND GROUP, INC., ) | **STIPULATION FOR DISMISSAL** |
| ) | **OF ACTION WITH PREJUDICE** |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

TO THE CLERK:

Plaintiff, PETER HILL and CAROL HILL (herein after "Plaintiffs"), and Defendant, NORTHLAND GROUP, INC. (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the action with prejudice, and in support of this Motion hereby say:

1. This matter is resolved between the parties.

2. The Parties to the litigation have now entered into this Joint Motion.

3. Each party will bear its own attorney's fees and costs.

4. The Parties agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice.

| /S/  Issa K. Moe | /S/ Amy L. Bennecoff |
|---|---|
| Issa K. Moe (254998) | Amy L. Bennecoff (275805) |
| Moss & Barnett | Kimmel & Silverman, P.C. |
| 4800 Wells Fargo Center | 30 East Butler Pike |
| 90 South 7th St. | Ambler, PA 19002 |
| Minneapolis, MN 55402 | Phone: (215) 540-8888 |
| Phone: (612) 877-5399 | Fax: (215) 540-8817 |
| Fax: (612) 877-5999 | Email: abennecoff@creditlaw.com |
| Email: issa.moe@lawmoss.com | |
| Attorney for Defendant | Attorney for the Plaintiff |
| Date: May 23, 2014 | Date: May 23, 2014 |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 23rd day of May, 2014:

        Issa K. Moe (254998)
        Moss & Barnett
        Email: issa.moe@lawmoss.com

DATED:  May 23, 2014        /s/ Amy L. Bennecoff
                                           Amy L. Bennecoff
                                           Attorney for Plaintiff