1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HILL and CAROL HILL, | ) Case No.  **1:13-cv-1440-AWI-SAB** |
| Plaintiffs, | ) |
| vs. | ) ORDER OF STIPULATION FOR<br>) DISMISSAL WITH PREJUDICE |
| NORTHLAND GROUP, INC., | ) |
| Defendant. | ) |

## **ORDER OF STIPULATION FOR DISMISSAL**

Based upon the Stipulation for Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice.  Each party will bear its own attorney's frees and costs.

IT IS SO ORDERED.

Dated:  May 27, 2014                           _____
                                               SENIOR  DISTRICT  JUDGE